IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Hunter, Marvella | Case Number: 06 B 16194 |
|---|---|
|  | Judge: Hollis, Pamela S |
| Printed: 01/22/09 | Filed: 12/8/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed - No Disch: August 21, 2008
Confirmed: March 26, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,938.52 |  |
| Secured: |  | 288.24 |
| Unsecured: |  | 931.80 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,493.00 |
| Trustee Fee: |  | 223.54 |
| Other Funds: |  | 1.94 |
| Totals: | 3,938.52 | 3,938.52 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,493.00 | 2,493.00 |
| 2. | Select Portfolio Servicing | Secured | 0.00 | 0.00 |
| 3. | Select Portfolio Servicing | Secured | 13,253.71 | 288.24 |
| 4. | City Of Chicago Dept Of Revenue | Unsecured | 30.00 | 300.00 |
| 5. | Peoples Energy Corp | Unsecured | 53.18 | 531.80 |
| 6. | Premium Asset Recovery Corp | Unsecured | 10.00 | 100.00 |
| 7. | Cavalry Portfolio Services | Unsecured |  | No Claim Filed |
| 8. | Dependon Collections Service | Unsecured |  | No Claim Filed |
| 9. | Armor Systems Co | Unsecured |  | No Claim Filed |
| 10. | City Of Chicago | Unsecured |  | No Claim Filed |
| 11. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 12. | First Consumers National Bank | Unsecured |  | No Claim Filed |
| 13. | Medical Collections | Unsecured |  | No Claim Filed |
| 14. | Premium Asset Recovery Corp | Unsecured |  | No Claim Filed |
| 15. | Northwest Collectors | Unsecured |  | No Claim Filed |
|  |  |  | $ 15,839.89 | $ 3,713.04 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 158.76 |
| 6.5% | 64.78 |
|  | $ 223.54 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Hunter, Marvella | Case Number:  06 B 16194 |
| | Judge:  Hollis, Pamela S |
| Printed: 01/22/09 | Filed:  12/8/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

